IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HEATHER LEATRICE HENLEY,** Petitioner, v. **D.K. JOHNSON, Warden,** Respondent. | Case No. 1:15-cv-01326 MJS (HC) **ORDER GRANTING PETITIONER'S MOTION TO VOLUNTARILY DISMISS PETITION** [Doc. 7] |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 9, 2015, the Court issued an order to show cause why the petition should not be dismissed for failure to exhaust state remedies. (ECF No. 4.) The Court noted that based on the information in the petition, that Petitioner might have mistakenly filed the petition here, rather than with the relevant state court. On September 25, 2015, Petitioner filed a response, noting that the filing of the petition with this Court was unintentional and requesting voluntary dismissal of the petition. (Mot., ECF No. 7.) P

Pursuant to Fed. Rule of Civ. Proc. 41(a)(1), Petitioner may voluntarily dismiss the action without prejudice without a court order if dismissal is requested before the opposing party answers. (See Rule 12, Rules Governing Section 2254 Cases, "The

1

Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules.") Respondent has yet to file an answer in this matter.

Accordingly, good cause having been presented to the Court, IT IS HEREBY ORDERED that the petition is DISMISSED without prejudice. (Petitioner also requests tolling of the deadline for filing her federal petition. While the Court is not capable of providing tolling at this time, Petitioner should be eligible for statutory tolling for the period of time relevant state petitions are pending in state court. See 28 U.S.C. § 2244(d).)

IT IS SO ORDERED.

Dated:   October 16, 2015              /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE